ACCEPTED
01-14-00121-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 9:10:48 AM
CHRISTOPHER PRINE
CLERK

## No. 1-14-00121-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 9:10:48 AM
CHRISTOPHER A. PRINE
Clerk

———————◆———————

### No. 1268863
In 178th District Criminal Court
Harris County, Texas

———————◆———————

**PAUL BRIONES,** *Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

———————◆———————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with indecency with a child (CR 12). The jury found appellant guilty and assessed punishment at 20 years in the Institutional Division of the Texas Department of Criminal Justice (CR 50, 61). Appellant filed notice of appeal, and the court certified his right to appeal (CR-67-68).

2. The State's brief was due November 16, 2015. The State hereby requests an extension for the filing of the State's brief until December 16, 2015.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

The State has been working on and has filed the following briefs in the last thirty days.

Dunn v. State
14-15-00340-CR
State's Brief filed October 26, 2015

Gonzalez v. State
01-15-00395-CR
State's Brief filed November 1, 2015

Marcopoulos v. State
01-15-00317-CR
State's Brief to be filed November 23, 2015

Furthermore, the undersigned attorney has been assigned the following briefs in addition to the brief in this cause number.

Tan v. State
01-15-00511-CR
State's Brief due November 30, 2015

Carter v. State
01-14-01006-CR
State's Brief due December 7, 2015

Uddin v. State
14-15-00083-CR
State's Brief filed November 23, 2015

4.   This is the State's second request for an extension of time to file its brief.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/  Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
Stelter_Kimberly@dao.hctx.net
TBC No. 19141400

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Daucie Schindler
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, TX 77002
Daucie.Schindler@pdo.hctx.net

/s/ *Kimberly Stelter*
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826

November 23, 2015